# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| PHILIP BINCZYK, ZACH KREMER, BETH WARMATH, CHAD RUIS, JULES VEROS, KATHRYN CRAWFORD, KIERA PIES, ANGEL MONTOYA, CHASE KOLANDA, JACK MEARS, SHANE BOTELER, and MEGHAN GATES,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MEMPHIS,<br><br>    Defendant. | Case No. 2:18-cv-02280-JTF-dkv |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Philip Binczyk, Zach Kremer, Beth Warmath, Chad Ruis, Jules Veros, Kathryn Crawford, Kiera Pies, Angel Montoya, Chase Kolanda, Jack Mears, Shane Boteler, and Meghan Gates and Defendant City of Memphis hereby give notice to the Court that the parties have reached an agreement in principle to settle this matter, subject to all parties' review and approval of settlement documents and particular terms of the settlement. That review is now in process among the numerous parties, and counsel expect that it will be completed in the next few weeks.

This the 14th day of May, 2019.

                                          Respectfully submitted,

                                          BAKER, DONELSON, BEARMAN
                                          CALDWELL & BERKOWITZ, PC

                                          s/ Adam S. Baldridge
                                          Adam S. Baldridge (TN #23488)
                                          Nicole D. Berkowitz (TN #35046)

        165 Madison Avenue, Suite 2000
        Memphis, TN  38103
        Telephone: 901.577.2179
        Facsimile: 901.577.4248
        Email: abaldridge@bakerdonelson.com
              nberkowitz@bakerdonelson.com

*Attorneys for Defendant City of Memphis*

s/ Lucian T. Pera (w/ permission)
Lucian T. Pera (TN # 11641)
J. Bennett Fox, Jr. (TN # 26828)
ADAMS AND REESE LLP
6075 Poplar Avenue, Suite 700
Memphis, TN  38119
Telephone: 901.524.5274
Facsimile: 901.245.5375
Email: Lucian.pera@arlaw.com
       ben.fox@arlaw.com


Eric M. Baum (admitted pro hac vice)
EISENBERG & BAUM, LLP
24 Union Square East, 4th Floor
New York, NY 10003
Telephone: 212.353.8700
Email: ebaum@EandBLaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of May, 2019, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be served by operation of the Court's electronic filing system to all counsel of record.

        s/ Adam S. Baldridge

4813-0956-8663v1
2545600-000225 05/14/2019